UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREATER NEW YORK MUTUAL
INSURANCE COMPANY,

                Plaintiff,

         -against-

FEDERAL INSURANCE COMPANY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/9/2021

1:20-cv-10072-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court held a status conference in this case on June 9, 2021. This order memorializes the rulings at that conference.

      By separate order today, the Court will refer this case to Magistrate Judge Sarah Cave for a settlement conference. The parties are responsible for scheduling their sessions directly with Magistrate Judge Cave.

      The parties are directed to confer about facts relevant to this dispute and whether a stipulation of material facts can be agreed-upon for the purposes of the settlement conference, dispositive motions, and/or trial.

      Within three days of the settlement conference, the parties must file a status report on the ECF docket. The status report should state whether the parties' efforts at settlement were successful and/or whether conversations remain ongoing, but should not provide details of the parties settlement negotiations. The status report also should include whether the parties were able to reach agreement on the relevant facts in this case and either should propose a briefing schedule for dispositive motions or request a conference to discuss trial preparations. As discussed at the June 9 conference, the Court ordinarily will not entertain motions for summary

judgment in a non-jury case, but it may permit such motions based on the circumstances of a particular case.

Any request for adjournment of the deadlines herein must be received at least 72 hours in advance of the deadline and should eb accompanied by good cause.

**SO ORDERED**

**DATED: June 9, 2021**
      **New York, New York**

                                                          **MARY KAY VYSKOCIL**
                                                          **United States District Judge**